UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
STEPHEN BAGNASCO,

                Plaintiff,

      -against-                      ORDER

THE LONG ISLAND RAILROAD COMPANY,    19 Civ. 1104 (GBD)

                Defendant.
------------------------------------x

GEORGE B. DANIELS, United States District Judge:

      This Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within forty-five (45) days of this Order.

      The status conference schedule for December 3, 2019 at 9:45 a.m. is cancelled.

Dated: New York, New York
       December 2, 2019

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge